TERREE A. BOWERS (SBN 089334)
MATTHEW J. KITSON (SBN 254246)
HOWREY LLP
550 South Hope Street, Suite 1100
Los Angeles, California 90071
Telephone: (213) 892-1800
Facsimile: (213) 892-2300
Email: bowerst@howrey.com
Email: kitsonm@howrey.com

Attorneys for Defendant
ANDREW K. CHOI

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW K. CHOI,<br><br>    Defendant. | Case No. CR 07-136-JFW<br><br>**ORDER GRANTING DEFENDANT CHOI'S MOTION FOR EARLY TERMINATION OF PROBATION**<br><br>Sentencing Date: August 29, 2007<br><br>Hearing Date: April 13, 2009<br>Time: 9:00 a.m.<br><br>The Honorable John F. Walter |

The Court, having considered Defendant Andrew Choi's Motion for Early Termination of Probation, and upon consideration of all argument and briefing submitted in opposition to and support of the motion, hereby orders as follows:

NOW THEREFORE, IT IS HEREBY ORDERED THAT Defendant Andrew Choi's probation is terminated as of today's date, and Defendant Choi is released from any further obligations to the Court.

IT IS SO ORDERED.

Dated: March 19, 2009

                                                              Honorable John F. Walter
                                                              United States District Judge

cc: USPO